FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES G. FLUKER,<br><br>    Petitioner,<br><br>v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | No. CV 08-8251-DOC (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Re: Petitioner's Motion to Dismiss Without Prejudice,

IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

DATED: January 9, 2009

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE